FILED
CLERK, U.S. DISTRICT COURT
MAR 1 2 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>Robert Bell,<br><br>　　　　Defendant. | 13-MJ-0777<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

　　On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

　　The court finds no condition or combination of conditions that will reasonably assure:

　　(A)　(✓)　the appearance of defendant as required; and/or

　　(B)　(✓)　the safety of any person or the community.

//

//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: he is not a danger given his: criminal history, which includes multiple felony convictions.

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: he is not a flight risk given: defendant's multiple parole violation arrests; defendant's lack of ties to the community; defendant's lack of bail resources; and defendant's outstanding warrants.

IT IS ORDERED that defendant be detained.

DATED: 3/12/2013

*/s/ John E. McDermott*
JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE